Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SHAUNA SNYDER aka<br>SHAUNA SNYDER-MONROE,<br><br>　　　　　Defendant. | NO. 2:20-cv-00085-RSL<br><br>Stipulated Motion and Order to Stay |

Plaintiff United States of America and Defendant Shauna Snyder (Ms. Snyder) stipulate and jointly move under Local Civil Rule 10(g) to stay this student loan collection action through September 30, 2020.  Due to the COVID-19 pandemic's economic effects, the U.S. Department of Education has suspended certain student loan debt collection activities through September 30, 2020.  *See* https://studentaid.gov/announcements-events/coronavirus (last visited Jul. 6, 2020).  The Department of Justice has likewise suspended certain collection actions for defaulted student loans through September 30, 2020.  *See* https://www.justice.gov/jmd/page/file/1288251/download (last visited Jul. 6, 2020).

**STIPULATED MOTION AND ORDER TO STAY - 1**
*United States v. Snyder*, No. 2:20-cv-00085-RSL

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

Consistent with those policies, the parties stipulate that this case shall be stayed through September 30, 2020. The Court has not yet set a trial date or any other deadlines that would need to be reset as a result of such a stay. During the stay, the parties anticipate ongoing settlement discussions. If the parties reach a settlement, they will jointly move to lift the stay to allow entry of an appropriate order under the terms of the settlement agreement.

DATED this 6th day of July 2020.

Respectfully submitted,

s/ Latife H. Neu
LATIFE H. NEU, WSBA #33144
1825 NW 65th Street
Seattle, Washington 98117
Phone: 206-297-6349
latife@neulegal.com

BRIAN T. MORAN
United States Attorney

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax: (206) 553-4067
E-mail: Kyle.Forsyth@usdoj.gov

IT IS SO ORDERED.

Dated this 7th day of July, 2020.

Hon. Robert S. Lasnik
United States District Court

**STIPULATED MOTION AND ORDER TO STAY - 2**
*United States v. Snyder*, No. 2:20-cv-00085-RSL

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970