Hon. Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAUNA SNYDER aka<br>SHAUNA SNYDER-MONROE,<br><br>Defendant. | NO. 2:20-cv-00085-RSL<br><br>Stipulated Motion and Order to Extend Stay<br><br>**Note on Motion Calendar:<br>September 18, 2020** |

Plaintiff United States of America and Defendant Shauna Snyder (Ms. Snyder) stipulate and jointly move under Local Civil Rule 10(g) to extend the current stay of this student loan collection action through December 31, 2020. The Court has previously stayed this case through September 30, 2020. Dkt. no. 9. Due to the COVID-19 pandemic's ongoing economic effects, the U.S. Department of Education has extended its suspension of certain student loan debt collection activities through December 31, 2020. *See* https://studentaid.gov/announcements-events/coronavirus (last visited Sep. 17, 2020). The Department of Justice has likewise extended its suspension of certain collection actions for defaulted student loans through December 31,

**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND STAY - 1**
*United States v. Snyder*, No. 2:20-cv-00085-RSL

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

2020.  *See* https://www.justice.gov/jmd/page/file/1288251/download (last visited Sep. 17, 2020).

Consistent with those policies, the parties stipulate that this case shall remain stayed through December 31, 2020.  The Court has not yet set a trial date or any other deadlines that would need to be reset as a result of such a stay.  During the stay, the parties anticipate ongoing settlement discussions.  If the parties reach a settlement, they will jointly move to lift the stay to allow entry of an appropriate order under the terms of the settlement agreement.

DATED this 18th day of September 2020.

Respectfully submitted,

s/ Latife H. Neu
LATIFE H. NEU, WSBA #33144
1825 NW 65th Street
Seattle, Washington 98117
Phone: 206-297-6349
latife@neulegal.com

BRIAN T. MORAN
United States Attorney

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax: (206) 553-4067
E-mail: Kyle.Forsyth@usdoj.gov

IT IS SO ORDERED.

Dated this 21st day of September, 2020.

*[signature]*
Hon. Robert S. Lasnik
United States District Court

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND STAY - 2
*United States v. Snyder*, No. 2:20-cv-00085-RSL

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970