UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　v.<br><br>SHAUNA SNYDER aka<br>SHAUNA SNYDER-MONROE,<br><br>　　　　　Defendant. | NO. 2:20-cv-00085-RSL<br><br>Stipulated Motion and Order to Extend Stay |

　　　Plaintiff United States of America and Defendant Shauna Snyder (Ms. Snyder) stipulate and jointly move under Local Civil Rule 10(g) to extend the current stay of this student loan collection action through January 31, 2021. The Court has previously stayed this case through December 31, 2020.  Dkt. no. 11.  Due to the COVID-19 pandemic's ongoing economic effects, earlier this month the U.S. Department of Education extended its suspension of certain student loan debt collection activities through January 31, 2021.  *See* https://www.ed.gov/news/press-releases/secretary-devos-extends-student-loan-forbearance-period-through-january-31-2021-response-covid-19-national-emergency (last visited Dec. 21, 2020).  The Department of Justice has likewise extended its suspension of certain collection actions for defaulted student loans—including the Stafford Loans at issue here—through January

STIPULATED MOTION AND ORDER TO EXTEND STAY - 1
*United States v. Snyder*, No. 2:20-cv-00085-RSL

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

31, 2021.  See https://www.justice.gov/jmd/page/file/1288251/download (last visited Dec. 21, 2020).

Consistent with those policies, the parties stipulate that this case shall remain stayed through January 31, 2021.  The Court has not yet set a trial date or any other deadlines that would need to be reset as a result of such a stay.  During the stay, the parties anticipate ongoing settlement discussions.  If the parties reach a settlement, they will jointly move to lift the stay to allow entry of an appropriate order under the terms of the settlement agreement.

DATED this 21st day of December 2020.

|  | Respectfully submitted, |
|---|---|
| s/ Latife H. Neu<br>LATIFE H. NEU, WSBA #33144<br>1825 NW 65th Street<br>Seattle, Washington 98117<br>Phone: 206-297-6349<br>latife@neulegal.com | BRIAN T. MORAN<br>United States Attorney<br><br>s/ Kyle A. Forsyth<br>KYLE A. FORSYTH, WSBA #34609<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: (206) 553-7970<br>Fax: (206) 553-4067<br>E-mail: Kyle.Forsyth@usdoj.gov |

IT IS SO ORDERED.

DATED this 22nd day of December 2020.

*/s/ Robert S. Lasnik*
Hon. Robert S. Lasnik
United States District Court

**STIPULATED MOTION AND ORDER TO EXTEND STAY - 2**
*United States v. Snyder*, No. 2:20-cv-00085-RSL

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970