## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:20-cv-00085-RSL |
| Plaintiff, | |
| v. | Stipulated Motion and Order to Extend Stay |
| SHAUNA SNYDER aka SHAUNA SNYDER-MONROE, | |
| Defendant. | |

Plaintiff United States of America and Defendant Shauna Snyder (Ms. Snyder) stipulate and jointly move under Local Civil Rule 10(g) to extend the current stay of this student loan collection action through September 30, 2021. The Court has previously stayed this case through January 31, 2021. Dkt. no. 13. Due to the COVID-19 pandemic's ongoing economic effects, on January 20, 2021, the U.S. Department of Education extended its suspension of certain student loan debt collection activities through September 30, 2021. *See* https://studentaid.gov/announcements-events/coronavirus. (last visited Jan. 29, 2021). The Department of Justice has likewise extended its suspension of certain collection actions for defaulted student loans—including the Stafford Loans at issue here—through September 30, 2021. *See*

**STIPULATED MOTION AND ORDER TO EXTEND STAY - 1**
*United States v. Snyder*, No. 2:20-cv-00085-RSL

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

https://www.justice.gov/jmd/page/file/1288251/download (last visited Jan. 29, 2021).

Consistent with those policies, the parties stipulate that this case shall remain stayed through September 30, 2021. The Court has not yet set a trial date or any other deadlines that would need to be reset as a result of such a stay. If the parties reach a settlement during the stay, they will jointly move to lift the stay to allow entry of an appropriate order under the terms of the settlement agreement.

DATED this 1st day of February 2021.

Respectfully submitted,

s/ Latife H. Neu
LATIFE H. NEU, WSBA #33144
1825 NW 65th Street
Seattle, Washington 98117
Phone: 206-297-6349
latife@neulegal.com

BRIAN T. MORAN
United States Attorney

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax: (206) 553-4067
E-mail: Kyle.Forsyth@usdoj.gov

IT IS SO ORDERED.

Dated this 2nd day of February, 2021.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER TO EXTEND STAY - 2
United States v. Snyder, No. 2:20-cv-00085-RSL

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970